UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

ROBERT FELDMAN,

        Debtor.

Chapter 13

Case No. 17-40152

--------------------------------------------------------X
DONALD GLASSMAN,

        Plaintiff,

  - against –

ROBERT FELDMAN,

        Defendant.

Adv. Pro. No. 17-01050

--------------------------------------------------------X

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that Donald Glassman, plaintiff in the above-captioned case, hereby appeals to the United States District Court for the Eastern District of New York from the following decision and order:

The order and decision dated August 15, 2019 (ECF #71) denying Plaintiff's motions for sanctions, a copy of which is annexed hereto.

Dated: August 29, 2019

                                        RUTA SOULIOS & STRATIS LLP
                                        Attorneys for Donald Glassman
                                        Appellant

By:<u>/s/ Steven A. Soulios</u>
Steven A. Soulios, Esq. (SAS-4832)
211 East 43rd Street, 24th Floor
New York, New York 10017
(212) 997-4500

_____
Donald Glassman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that today copies of the foregoing Notice of Appeal were served on the following parties by First Class Mail and via ECF:

Peter J. Pizzi
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
pizzi@connellfoley.com

Nicholas Vytell, Esq.
Carroll McNulty Koll LLC
120 Mountain Blvd.
Basking Ridge, New Jersey 07920
nvytell@cmk.com

Edward J. Dauber
Greenberg Dauber Epstein & Tucker
One Gateway Center, Suite 600
Newark, New Jersey 07102-5311
edauber@greenbergdauber.com

Lindsey H. Taylor
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
ltaylor@carellabyrne.com

This the 24th day of April, 2017.

                                                     /s/ Steven A. Soulios
                                                    Steven A. Soulios
                                                    Ruta Soulios & Stratis LLP
                                                    101 Town Center Drive, Suite 111
                                                    Warren, New Jersey 07059

Dated: New York, New York
          December __, 2018

Respectfully submitted,

RUTA SOULIOS & STRATIS LLP
Attorneys for Donald Glassman

By: /s/ Steven A. Soulios
Steven A. Soulios, Esq. (SAS-4832)
211 East 43rd Street, 24th Floor
New York, New York 10017
(212) 997-4500